UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Wendy Cain, <br><br> Plaintiff, <br><br> v. <br><br> CHAMBERLAIN UNIVERSITY LLC, <br><br> Defendant. | Cause No. 1:24-cv-1457-RLY-KMB |

## 3RD JOINT STATUS REPORT

As required by the *Order Granting Joint Motion to Stay Pending Arbitration* [Dkt. 14], the parties respectfully this *3rd Joint Status Report*. The parties have selected an arbitrator and are preparing to submit a case management order on or before April 4, 2025. The parties currently expect this matter to be resolved by early 2026.

Respectfully submitted,

/s/ *Benjamin C. Ellis*
Benjamin C. Ellis
HKM EMPLOYMENT ATTORNEYS LLP
320 N. Meridian St., Ste. 615
Indianapolis, IN 46204
P/F | (317) 824-9747
Email | bellis@hkm.com

/s/ *Molly Bruder Fox* (w/ permission)
Molly Bruder Fox
STEPTOE LLP
1330 Connecticut Ave. NW
Washington, DC 20036
Phone | (202) 429-8157
Email | mbfox@steptoe.com

*Counsel for Plaintiff Wendy Cain*

John D. Waller, IN #17600-49
Andrew D. Dettmer, IN #35202-49
DINSMORE & SHOHL LLP
One Indiana Square, #1800
Indianapolis, IN  46204-4208
Phone | 317/639-6151
Fax     | 317/639-6444
Email  | John.Waller@Dinsmore.com
           Andrew.Dettmer@Dinsmore.com

*Counsel for* CHAMBERLAIN UNIVERSITY LLC