UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WENDY CAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01457-RLY-KMB |
| | ) |
| CHAMBERLAIN UNIVERSITY LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER TO SHOW CAUSE

In September 2024, the Court stayed this case pending the outcome of arbitration. [Dkt. 14.] The Parties were ordered to file a status report on the arbitration proceedings every 60 days. [*Id.*] The Parties' last report was on March 27, 2025, [dkt. 17], which made their next report due by **May 26, 2025**. No report has been filed since that time. The Parties are **ORDERED TO SHOW CAUSE** why this case should not be dismissed by filing a joint status report **by July 10, 2025**.

**SO ORDERED.**

Date: 6/26/2025

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email