UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Wendy Cain,  Plaintiff,  v.  Chamberlain University LLC,  Defendant. | Cause No. 1:24-cv-1457-RLY-KMB |

## 4TH JOINT STATUS REPORT

As required by the *Order Granting Joint Motion to Stay Pending Arbitration* [Dkt. 14] and the *Order to Show Cause* [Dkt. 18], the parties respectfully submit this *4th Joint Status Report*. The parties are engaged in discovery and have already exchanged initial discovery requests and responses. The parties anticipate that this matter will be substantially resolved at or before the arbitral hearing currently scheduled for February 6, 2026.

Plaintiff submits that the parties inadvertently failed to timely submit their *4th Joint Status Report* due to a recurrence-related calendar error. Plaintiff has taken steps to ensure this error will not reoccur by calendaring discrete deadlines for September 8, 2025, November 7, 2025, January 6, 2026, March 6, 2026, and May 6, 2026.

Defendant submits that this matter should be dismissed. As stated in the first paragraph of this status report, the parties are entering the advanced stages of discovery and both parties anticipate resolution of this matter via arbitration.

To the extent the matter remains open, Defendant requests that Plaintiff has the obligation to file any future status reports.

Plaintiff does not consent to the dismissal of this lawsuit or agree that Defendant should be excused from the reporting obligations set forth in the *Order Granting Joint Motion to Stay Pending Arbitration* [Dkt. 14].

Respectfully submitted,

| | |
|---|---|
| */s/ Benjamin C. Ellis* | */s/ Molly Bruder Fox* (w/ permission) |
| Benjamin C. Ellis | Molly Bruder Fox |
| HKM EMPLOYMENT ATTORNEYS LLP | STEPTOE LLP |
| 320 N. Meridian St., Ste. 615 | 1330 Connecticut Ave. NW |
| Indianapolis, IN 46204 | Washington, DC 20036 |
| P/F   \|   (317) 824-9747 | Phone   \|   (202) 429-8157 |
| Email   \|   bellis@hkm.com | Email   \|   mbfox@steptoe.com |
| | |
| | John D. Waller, IN #17600-49 |
| | Andrew D. Dettmer, IN #35202-49 |
| | DINSMORE & SHOHL LLP |
| | One Indiana Square, #1800 |
| | Indianapolis, IN 46204-4208 |
| | Phone   \|   317/639-6151 |
| | Fax   \|   317/639-6444 |
| | Email   \|   John.Waller@Dinsmore.com |
| | Andrew.Dettmer@Dinsmore.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |